SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE RAAG SINGHAL

DEFENDANT Benjamin Rafael    CASE NO. 21-20161-CR-Singhal
Deputy Clerk Valarie Thompson  Court Reporter Karl Shires  DATE 7-13-21
USPO Syreeta Gould  AUSA Christopher Browne  Deft's Counsel David Markus / Todd Yoder

___ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited. ___ Sentencing cont'd until _____

JUDGMENT AND SENTENCE

| Imprisonment | Years | Months | Counts |
|---|---|---|---|
|  |  | 18 | I |

6 mths to Run Concurrent with 19-20447-CR-Singhal
12 mths to Run Consecutive to 19-20447-CR-Singhal

Supervised Release 5 Years As to Count I of the Information
US Probation office is to Surrender passport to Attorney David Markus after defendant Surrender
[DE 26] Def's Motion for Downward Departure is hereby Denied

✓ Court advised the Defendant of his/her right to appeal    Restitution Hearing set for _____

Government's ore tenus motion to dismiss remaining counts are hereby _____

Assessment $ 100⁰⁰/xr    Fine $ 0    Restitution $ 29,000⁰⁰/xr

___ Data Encryption ___ Permissible Computer Examination ___ Computer Modem Restriction
___ Computer Possession Restriction ___ Employer Computer Restriction Disclosure
___ No Contact with Minors ___ No Contact with Minors in Employment ___ Sex Offender Treatment
___ No Involvement Youth Organization ___ Sex Offender Registration ___ Adam Walsh Act Search
___ Offense Related Computer Restriction ___ Restricted Possession of Sexual Materials
___ Permissible Computer Examination ___ Permissible National Business Travel ✓ No New Debt
___ Anger Control/Domestic Violence ___ Community Service ___ Related Concern Restriction
___ Mental Health Treatment ___ Substance Abuse Treatment ___ Related Concern Restriction
___ Employment Requirement ✓ Cooperating IRS ___ Association Restriction ✓ Forfeiture
___ Self-Employment Restriction ___ Computer Activity Record Keeping Requirement
___ Disclosure of Telephone Records ___ Employment Solicitation Restriction ✓ Financial Disclosure
___ Location Monitoring Program ___ Relinquishment of Licensure ___ Residential Reentry Center
___ Surrender for Removal After Imprisonment ___ Cooperating Immigration Removal Proceedings
___ Treatment for Gambling ✓ Unpaid Restitution, fines, special assessments ___ Permissible Search

CUSTODY
___ Remanded to the Custody of the U. S. Marshal Service ___ Release on bond pending appeal
✓ Voluntary Surrender to (designated institution or U. S. Marshal Service) on 8/27/21 By NOON

Commitment Recommendation: FCI-Miami